# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON THAO,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>PHARMERICA PS, LLC, ET AL.,<br><br>　　　　Defendants. | No.  1:24-cv-00085-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE RX RELIEF, INC.<br><br>(Doc. 4) |

On January 24, 2024, Plaintiff filed a notice of voluntary dismissal without prejudice of Defendant RX Relief (d/b/a RX Relief, Inc.), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  (Doc. 4).  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Plaintiff filed his notice before Defendant RX Relief served either an answer or a motion for summary judgment.  (*See* Docket).  As such, Plaintiff has voluntarily dismissed Defendant RX Relief without prejudice, and this case has automatically terminated as to that defendant.  Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Clerk of Court is directed to TERMINATE RX Relief.  This case shall remain OPEN pending resolution of Plaintiffs' case against the remaining defendants.

IT IS SO ORDERED.

Dated:   **January 25, 2024**　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE