1  D.LAW, INC.
   Emil Davtyan (SBN 299363)
2  Emil@d.law
   David Yeremian (SBN 226337)
3  d.yeremian@d.law
4  Roman Shkodnik (SBN 285152)
   r.shkodnik@d.law
5  880 E Broadway
   Glendale, CA 91205
6  Telephone: (818) 962-6465
7  Facsimile: (818) 962-6469

8  Attorneys for Plaintiff BRANDON THAO,
   on behalf of himself and others similarly situated
9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13  BRANDON THAO, on behalf of himself and       **CASE NO.:** 1:24-cv-00085-SKO
    others similarly situated,
14                                               **JUDGE:** Hon. Sheila K. Oberto
            Plaintiff,
15                                               **AMENDED JOINT SCHEDULING
    v.                                           CONFERENCE REPORT**
16
    PHARMERICA PS, LLC dba PHARMERICA
17  PROFESSIONAL SERVICES LLC, a
    Delaware limited liability company; RES-     **DATE:**   April 23, 2024
18  CARE, INC. dba BRIGHTSPRING AN               **TIME:**   9:30 a.m.
    ENTITY OF UNKNOWN FORM HEALTH
19  SERVICES, a Kentucky corporation;
    PHARMERICA CORPORATION, ;
20  PHARMERICA, INC., an entity of unknown       Removal Filed: January 18, 2024
    form; RX RELIEF dba RX RELIEF, INC., a
21  California corporation; and DOES 1 through
    50, inclusive,
22
            Defendants.
23

24

25          On April 23, 2024, the Court held a scheduling conference where the parties discussed

26  their Joint Rule 26(f) Report.  Although this case is a putative class action, the parties had not

27  proposed a filing date, briefing schedule, or hearing date for a motion for class certification.  The

28  Court directed the parties to propose these dates, and on April 29, 2024, they submitted an

                          AMENDED JOINT SCHEDULING CONFERENCE REPORT

amended joint scheduling report (Doc. 15).

The Court now sets the following deadlines in accordance with the parties' report:

1. Mandatory initial disclosures must be exchanged by <u>May 7, 2024</u>.

2. Any motions or stipulations requesting leave to amend the pleadings must be filed by no later than <u>May 28, 2024</u>.

3. Non-expert, fact discovery related to class certification shall be completed by no later than <u>April 30, 2025</u>.

4. Expert discovered related to class certification shall be completed by no later than <u>July 18, 2025</u>.

5. The motion for class certification shall be filed by no later than <u>August 15, 2025</u>.

6. Any opposition to the motion for class certification shall be filed by no later than <u>August 29, 2025</u>.

7. Any reply brief in support of the motion for class certification shall be filed by no later than <u>September 8, 2025</u>.

8. The motion for class certification shall be heard on <u>October 22, 2025</u>, at 9:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge, subject to being taken under submission pursuant to E.D. Cal. Local Rule 230(g).

9. A status conference to set further scheduling dates is set for March 4, 2026, at 9:30 a.m., in Courtroom 7 before Magistrate Judge Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than February 25, 2026, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:   **April 30, 2024**                    /s/ *Sheila K. Oberto*