1  D.LAW, INC.
   Emil Davtyan (SBN 299363)
2  Emil@d.law
   David Yeremian (SBN 226337)
3  d.yeremian@d.law
   Roman Shkodnik (SBN 285152)
4  r.shkodnik@d.law
   Amanda Fazio (SBN 346350)
5  a.fazio@d.law
   880 E Broadway
6  Glendale, CA 91205
   Telephone: (818) 962-6465
7  Facsimile: (818) 962-6469

8  Attorneys for Plaintiff BRANDON THAO,
   on behalf of himself and others similarly situated
9
   [Additional Counsel on next page]

10
**UNITED STATES DISTRICT COURT**

11
**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

12

| | |
|---|---|
| 13  BRANDON THAO, on behalf of himself and others similarly situated, | CASE NO.: 1:24-CV-00085-JLT-SKO |
| 14  Plaintiff, | **ORDER STAYING CASE PENDING MEDIATION** |
| 15  v. | (Doc. 18) |
| 16  PHARMERICA PS, LLC dba PHARMERICA PROFESSIONAL SERVICES LLC, a Delaware limited liability company; RES-CARE, INC. dba BRIGHTSPRING HEALTH SERVICES, a Kentucky corporation; PHARMERICA CORPORATION, an entity of unknown form; PHARMERICA, INC., an entity of unknown form; RX RELIEF dba RX RELIEF, INC., a California corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

ORDER

1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@fbtlaw.com
2  JAE WOOK JERRY LEE (CA Bar No. 333054)
   jlee@fbtlaw.com
3  FROST BROWN TODD LLP
   235 Pine Street, Suite 1150
4  San Francisco, CA  94104
   Tel:  (415) 624-8665
5  Fax: (415) 391-1751

6  Attorneys for Defendants
   PHARMERICA PS, LLC, DBA PHARMERICA
7  PROFESSIONAL SERVICES LLC; RES-CARE,
   INC., DBA BRIGHTSPRING HEALTH
8  SERVICES; PHARMERICA CORPORATION;
   AND PHARMERICA, INC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER

## **ORDER**

The Court, having considered the Parties' Stipulation (Doc. 18), and good cause appearing, hereby orders as follows:

1. This litigation is STAYED pending the conclusion of mediation.

2. The parties SHALL submit a joint status update to the Court as soon as the mediation is set and no later than February 1, 2025, advising the Court of the date set for the mediation.

3. Plaintiff reserves the right to request that the stay be lifted if mediation is not scheduled by February 1, 2025.

4. All deadlines, as outlined in the April 30, 2024, Order Regarding Amended Joint Scheduling Conference Report (Doc. 16) are VACATED.

5. Within 14 days after mediation is concluded, the parties SHALL file a status report, including an amended joint scheduling report proposing a new case schedule, if appropriate.

IT IS SO ORDERED.

Dated: __**December 12, 2024**__          ___/s/ *Sheila K. Oberto*___
                                        UNITED STATES MAGISTRATE JUDGE