# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON THAO,<br><br>                    Plaintiff,<br><br>        v.<br><br><br>PHARMERICA    PS,    LLC,    *d/b/a*<br>PHARMERICA PROFESSIONAL SERVICES<br>LLC, et al,<br><br><br>                    Defendants. | Case No.  1:24-cv-00085-JLT-SKO<br><br>**ORDER RE-SETTING CASE SCHEDULE**<br><br>(Doc. 37) |

Having considered the parties' Joint Status Report, (Doc. 37), it is hereby **ORDERED** that the following dates are **RE-SET** according to the schedule below:[1]

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar.

| Event | Date |
|---|---|
| Deadline to Amend Pleadings | July 31, 2026 |
| Non-Expert Discovery as to Class Certification | November 12, 2026 |
| Expert Discovery Deadline as to Class Certification | January 12, 2027 |
| Deadline to File a Motion for Class Certification | March 12, 2027 |
| Deadline to File an Opposition to any Motion for Class Certification | March 26, 2027 |
| Deadline to File an Optional Reply to any Opposition to any Motion for Class Certification | April 5, 2027 |
| Hearing on any Motion for Class Certification | April 21, 2027 at 9:30 a.m. in Courtroom 7 before the Honorable Sheila K. Oberto |

IT IS SO ORDERED.

Dated:   **January 28, 2026**          /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE