Roman Shkodnik, Esq. (SBN 285152)
Amanda Fazio, Esq. (SBN 346350)
D.LAW, INC.
250 N Madison Avenue, 2nd Floor
Pasadena, CA 91101-1639
Tel.: (818) 962-6465 / Fax: (818) 962-6469
Emails: R.Shkodnik@d.law, A.Fazio@d.law

Attorneys for Plaintiff BRANDON THAO, on behalf of himself and others similarly situated
[Additional Counsel on next page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BRANDON THAO, on behalf of himself and others similarly situated,

Plaintiff,

v.

PHARMERICA PS, LLC dba PHARMERICA PROFESSIONAL SERVICES LLC, a Delaware limited liability company; RES-CARE, INC. dba BRIGHTSPRING HEALTH SERVICES, a Kentucky corporation; PHARMERICA CORPORATION, an entity of unknown form; PHARMERICA, INC., an entity of unknown form; RX RELIEF dba RX RELIEF, INC., a California corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 1:24-cv-00085-JLT-EGC

**JOINT STIPULATION AND ORDER RE: EXTENSION OF CLASS CERTIFICATION DISCOVERY AND CLASS CERTIFICATION**

Doc. 70

THEODORE E. BACON (CA Bar No. 115395)
tbacon@fbtlaw.com
BRANDON P. RAINEY (CA Bar No. 272341)
brainey@fbtlaw.com
FROST BROWN TODD LLP
235 Pine Street, Suite 2300
San Francisco, CA 94104
Tel: (415) 624-8665
Fax: (415) 391-1751

Attorneys for Defendants
PHARMERICA PS, LLC, DBA PHARMERICA PROFESSIONAL SERVICES LLC; RES-CARE, INC., DBA BRIGHTSPRING HEALTH SERVICES; PHARMERICA CORPORATION; AND PHARMERICA, INC

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff BRANDON THAO ("Plaintiff"), and Defendant PHARMERICA PS, LLC, DBA PHARMERICA PROFESSIONAL SERVICES LLC ("Defendant") (collectively, the "Parties") by and through their respective counsel, hereby stipulate to extending deadlines relating to pre-class certification as set forth in the Court's January 28, 2026, scheduling order. (Dkt. #38.) This stipulation is made pursuant to the Court and the Parties' agreement during the September 18, 2026, motion hearing. (Dkt. #67.) The Parties have agreed upon the following:

1. Non-expert, fact discovery related to class certification shall be completed by February 12, 2027.
2. Expert discovery related to class certification shall be completed by April 12, 2027.
3. Any motion for class certification shall be filed by June 14, 2027.
4. Any opposition to a class certification motion shall be filed by June 28, 2027.
5. Any reply in support of the motion for class certification shall be filed by July 6, 2027.

**IT IS SO STIPULATED.**

Dated: October 7, 2026

Respectfully submitted,

D. LAW

By: *<u>/s/ Amanda Fazio</u>*
Roman Shkodnik, Esq.
Amanda Fazio, Esq.
Attorneys for Plaintiffs

Dated: October 7, 2026

Respectfully submitted,

FBT GIBBONS LLP

By: *<u>/s/ Brandon P. Rainey</u>*
Theodore E. Bacon, Esq.
Brandon P. Rainey, Esq.
Attorneys for Defendants

**ORDER**

Having considered the parties' Joint Stipulation, it is hereby ORDERED that the following dates set forth in the January 28, 2026 Order Re-Setting Case Schedule, Doc. 38, are RE-SET according to the schedule below:

1. Non-expert, fact discovery related to class certification shall be completed by February 12, 2027.
2. Expert discovery related to class certification shall be completed by April 12, 2027.
3. The motion for class certification shall be filed by June 14, 2027.
4. The opposition to the motion for class certification shall be filed by June 28, 2027.
5. The reply in support of the motion for class certification shall be filed by July 6, 2027.

IT IS SO ORDERED.

Dated: **October 8, 2026**

Erin Sny Castillo
UNITED STATES MAGISTRATE JUDGE