# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRANDON THAO,

Plaintiff,

v.

PHARMERICA PS, LLC, et al.,

Defendants.

Case No. 1:24-cv-0085-JLT-EGC

**ORDER DIRECTING CLERK TO TERMINATE CERTAIN DEFENDANTS**

(Doc. 71)

On October 7, 2026, the parties filed a Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Defendants Res-Care, Inc., dba Brightspring Health Services; Pharmerica Corporation; and Pharmerica, Inc., notifying the Court that this Defendants are voluntarily dismissed without prejudice. (Doc. 71).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal without prejudice under Rule 41(a), this case has automatically terminated as to Defendants Res-Care, Inc., dba Brightspring Health

Services; Pharmerica Corporation; and Pharmerica, Inc. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is DIRECTED to terminate Defendants Res-Care, Inc., dba Brightspring Health Services; Pharmerica Corporation; and Pharmerica, Inc.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining Defendant.

IT IS SO ORDERED.

Dated: **October 8, 2026**

Erin Sing Castillo

UNITED STATES MAGISTRATE JUDGE